

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JAMES V. FREE, JR. | CIVIL ACTION NO. 1:08CV300 |
| VERSUS | JUDGE DRELL |
| WARDEN WINN CORRECTIONAL CENTER | MAGISTRATE JUDGE KIRK |

CERTIFICATE OF APPEALABILITY

A final order having been filed in the above-captioned habeas case, the court, considering the record in this case and the requirements of 28 U.S.C. § 2253, hereby finds that:

__X__   The certificate of appealability is DENIED because the applicant has failed to demonstrate a substantial showing of the denial of a constitutional right.

_____   The certificate of appealability is GRANTED for the below reasons:

The applicant has made a substantial showing that the following issues constitute a denial of a constitutional right:

Signed at __ALEXANDRIA__, Louisiana, this __6__ Day of __JUNE__, 2008.

Dee D. Drell
UNITED STATES DISTRICT JUDGE